No. 72–300.  HUGGINS ET AL. *v.* DEMENT ET AL.  Appeal from Sup. Ct. N. C. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE DOUGLAS would note probable jurisdiction and set case for oral argument.

No. 72–5170.  SAYLES *v.* NUNZIO ET AL., JUDGES.  Appeal from Ct. App. D. C. dismissed for want of substantial federal question.

No. 72–5549.  HIGHT *v.* TEXAS.  Appeal from Ct. Civ. App. Tex., 1st Sup. Jud. Dist. dismissed for want of substantial federal question.  Reported below: 473 S. W. 2d 348.

No. 71–1261.  COOK, DIRECTOR, DEPARTMENT OF LIQUOR CONTROL, ET AL. *v.* PETO, DBA LOOP CARRY OUT.  Appeal from D. C. S. D. Ohio.  Judgment vacated and case remanded for further consideration in light of *California* v. *LaRue, ante,* p. 109.

No. 72–178.  STRUCK *v.* SECRETARY OF DEFENSE ET AL.  C. A. 9th Cir.  [Certiorari granted, *ante,* p. 947.]  Judgment vacated and case remanded to consider issue of mootness in light of the position presently asserted by the Government.  MR. JUSTICE STEWART would postpone issue of mootness to hearing of case on the merits.

No. 72–5530.  ARNOLD *v.* OLIVER, JUDGE.  Motion for leave to file petition for writ of prohibition denied.